The Honorable Ricardo S. Martinez
Noted For: October 12, 2021
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANA GLOBAL COMPANY, a sole proprietorship company and HAFID TARHAOUI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY, a charter county of the State of Washington, and JOSH BALDI, in his official capacity, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:21-cv-00637-RSM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE FOR SUBMISSION OF THE INITIAL DISCLOSURES AND COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN**<br><br>Noted For: October 12, 2021 |

THIS MATTER having come on for hearing before the undersigned court on the parties' Joint Stipulation to Continue the Deadline for Submission of the Initial Disclosures and Combined Joint Status Report and Discovery plan, and being fully advised in the premises herein, and being otherwise fully advised,

NOW THEREFORE, it is ORDERED that the Joint Stipulation to Continue the Deadline for Submission of the Initial Disclosures and Combined Joint Status Report and Discovery is GRANTED. The deadline for Initial Disclosures pursuant to FRCP 26(a)(1) has been extended to

---

ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES
(21-CV-00637-RSM) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Real Property Section
W400 King County Courthouse
516 Third Avenue
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

January 12, 2022 and the deadline for the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) has been extended to January 18, 2022.

DATED this 19th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *s/John Briggs*
JOHN BRIGGS, WSBA #24301
Attorney for Defendant King County

AMANA GLOBAL COMPANY
Hafid Tahraoui, Proprietor
By: *s/Hafid Tahraoui (per email authorization)*
HAFID TAHRAOUI
Plaintiff, Pro Se

ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES
(21-CV-00637-RSM) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Real Property Section
W400 King County Courthouse
516 Third Avenue
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191