1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

The Honorable Ricardo S. Martinez
Noted For: January 12, 2022
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMANA GLOBAL COMPANY, a sole
proprietorship company and HAFID TAHRAOUI,
an individual,

                            Plaintiffs,

            v.

KING COUNTY, a charter county of the State of
Washington, and JOSH BALDI, in his official
capacity, and DOES 1 through 10, inclusive,

                            Defendants.

No. 2:21-cv-00637-RSM

**ORDER GRANTING JOINT
STIPULATION TO CONTINUE
THE DEADLINE FOR
SUBMISSION OF THE INITIAL
DISCLOSURES AND COMBINED
JOINT STATUS REPORT AND
DISCOVERY PLAN**

Noted For: January 12, 2022

        THIS MATTER having come on for hearing before the undersigned court on the parties'

Joint Stipulation to Continue the Deadline for Submission of the Initial Disclosures and

Combined Joint Status Report and Discovery plan, and being fully advised in the premises

herein, and being otherwise fully advised,

        NOW THEREFORE, it is ORDERED that the Joint Stipulation to Continue the Deadline

for Submission of the Initial Disclosures and Combined Joint Status Report and Discovery is

GRANTED. The deadline for Initial Disclosures pursuant to FRCP 26(a)(1) has been extended to

ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES
(21-CV-00637-RSM) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Real Property Section
1191 2nd Ave Ste 1700
Seattle, Washington 98101
(206) 477-1120/FAX (206) 296-0191

May 12, 2022 and the deadline for the Combined Joint Status Report and Discovery Plan as

Required by FRCP 26(f) and Local Civil Rule 26(f) has been extended to May 19, 2022.


DATED this 13th day of January, 2022.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE


Presented by:


DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *s/John Briggs*
JOHN BRIGGS, WSBA #24301
Attorney for Defendant King County

AMANA GLOBAL COMPANY
Hafid Tahraoui, Proprietor
By: *s/Hafid Tahraoui (per email authorization)*
HAFID TAHRAOUI
Plaintiff, Pro Se

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Real Property Section
1191 2nd Ave Ste 1700
Seattle, Washington 98101
(206) 477-1120/FAX (206) 296-0191