UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANA GLOBAL COMPANY, a sole proprietorship company and HAFID TARHAOUI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY, a charter county of the State of Washington, and JOSH BALDI, in his official capacity, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:21-cv-00637-RSM<br><br>**ORDER GRANTING THIRD JOINT STIPULATION TO CONTINUE THE DEADLINE FOR SUBMISSION OF THE INITIAL DISCLOSURES AND COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN** |

THIS MATTER comes before the Court on the Parties' Third Joint Stipulation to Continue the Deadline for Submission of the Initial Disclosures and Combined Joint Status Report and Discovery plan, and being fully advised in the premises herein, and being otherwise fully advised,

NOW THEREFORE, it is ORDERED that the Third Joint Stipulation to Continue the Deadline for Submission of the Initial Disclosures and Combined Joint Status Report and Discovery, Dkt. #49, is GRANTED. The deadline for Initial Disclosures pursuant to FRCP 26(a)(1) is extended to July 5, 2022, and the deadline for filing the Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f) is extended to July 12,

2022. This will be the last Court extension of these deadlines unless the Parties provide a detailed showing of good cause.

DATED this 13th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES
(21-CV-00637-RSM) - 2