UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANA GLOBAL COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY, *et al.*, <br><br> Defendants. | Case No. C21-637-MLP <br><br> ORDER |

On January 4, 2023, Plaintiff filed a Second Motion for Extension of Time to File an Amended Complaint ("Plaintiff's Motion"). (Dkt. # 76.) Plaintiff submits good cause exists for a two-week extension of time to file an amended complaint due to his recent injury and health issues. (*Id.* at 1-2.)

Based on Plaintiff's Motion (dkt. # 76), that opposing counsel has no opposition, and finding good cause, it is hereby ORDERED that Plaintiff shall have up to and including **January 17, 2023**, to file an amended complaint. The Court further directs the Clerk to RE-NOTE Plaintiffs' Motion to Join Additional Parties (dkt. # 59) for the Court's consideration with Plaintiff's forthcoming amended complaint submission on **February 10, 2023**.

\\

ORDER - 1

Dated this 12th day of January, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2