UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANA GLOBAL COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY, *et al.*, <br><br> Defendants. | Case No. C21-637-MLP <br><br> ORDER |

This matter comes before the Court on Plaintiffs' motion for reconsideration ("Plaintiffs' Motion") of this Court's March 28, 2023 Order (dkt. # 110) denying their motion to continue trial and discovery deadlines. (Dkt. # 122.) Under Local Civil Rule 7(h)(1), motions for reconsideration are disfavored in this district. Such motions will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier without reasonable diligence." LCR 7(h)(1).

Here, Plaintiffs do not demonstrate manifest error in the Court's prior ruling, nor present any new facts or legal authority which could not have been brought to the Court's attention earlier through reasonable diligence. Accordingly, Plaintiffs' Motion (dkt. # 122) is DENIED.

ORDER - 1

Dated this 12th day of April, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2