HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANA GLOBAL COMPANY, a sole proprietorship company, and HAFID TAHRAOUI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY, a charter county of the State of Washington, KING COUNTY FLOOD CONTROL DISTRICT, a quasi-municipal corporation of the State of Washington, and JOSH BALDI, in his personal and official capacity, and JOHN TAYLOR, in his personal and official capacity, and MICHAEL MURPHY, in his personal and official capacity, and LINDA HOLECEK, in her Personal and official capacity, and BRAD SCHABERT, in his personal and official capacity, and HDR, Inc., a foreign corporation, and BRAD THOMAS, in his personal and official capacity, and DARYL ROOT, in his personal and official capacity, and PAUL GOULD, in his personal and official capacity, and MVA, LLC., a Washington limited liability company, and MARCO VARGAS JR., in his personal and official capacity, and DOES 1 through 5, inclusive,<br><br>Defendants. | CASE NO. C21-637-MLP<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS HDR, INC.; BRAD THOMAS; DARYL ROOT; AND PAUL GOULD PURSUANT TO FRCP 41(a)(1)(A)(ii) |

STIPULATION AND PROPOSED ORDER OF DISMISSAL OF
DEFENDANTS HDR, INC.; BRAD THOMAS; DARYL ROOT;
AND PAUL GOULD PURSUANT TO FRCP 41(a)(1)(A)(ii) - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

**STIPULATION**

Plaintiffs Amana Global Company and Hafid Tahraoui ("**Plaintiffs**") and Defendants HDR, Inc.; Brad Thomas; Daryl Root; and Paul Gould (collectively, "**HDR Defendants**") have a reached a settlement of all claims between them. *See* Dkt. #213. Accordingly, Plaintiffs and HDR Defendants hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims of action against the HDR Defendants only, with each party bearing that party's own attorneys' fees and costs. Nothing in this Stipulation shall constitute a dismissal of Plaintiffs' claims against any other named Defendant in this matter.

DATED this 22nd day of August, 2023.

CAIRNCROSS & HEMPELMANN, P.S.

/s/ Alan D. Schuchman
Alan D. Schuchman WSBA No. 45979
E-mail: aschuchman@cairncross.com
Amy H. Yoon WSBA No. 58102
E-mail: ayoon@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants Brad Thomas, Daryl Root, Paul Gould

– AND –

/s/ Hafid Tahraoui
Hafid Tahraoui
3004 Russell Road, Apt 13
Centralia, WA 98531-1737
Telephone: (206) 612-7070
Email: hafid1416@yahoo.com
Plaintiff Appearing Pro Se

STIPULATION AND PROPOSED ORDER OF DISMISSAL OF DEFENDANTS HDR, INC.; BRAD THOMAS; DARYL ROOT; AND PAUL GOULD PURSUANT TO FRCP 41(a)(1)(A)(ii) - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

## ORDER OF DISMISSAL

Pursuant to the stipulation of Plaintiffs Amana Global Company and Hafid Tahraoui ("Plaintiffs") and Defendants HDR, Inc.; Brad Thomas; Daryl Root; and Paul Gould (collectively, "HDR Defendants") under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims of action against Defendants HDR, Inc.; Brad Thomas; Daryl Root; and Paul Gould only, with each party bearing that party's own attorneys' fees and costs. This Order shall not constitute a dismissal of Plaintiffs' claims against any other named Defendant in this matter.

ORDERED this 23rd day of August, 2023, at Seattle, Washington

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER OF DISMISSAL OF DEFENDANTS HDR, INC.; BRAD THOMAS; DARYL ROOT; AND PAUL GOULD PURSUANT TO FRCP 41(a)(1)(A)(ii) - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308